256 U.S. 696, 41 S.Ct. 536

### AL WEATHERS, Petitioner, v. The UNITED STATES of America.

#### No. 824.

Supreme Court of the United States.

May 2, 1921.

For opinion below, see 269 F. 254.

Messrs. John I. O'Phelan, of Raymond, Wash., and Charles J. Heggerty and Knight & Heggerty, all of San Francisco, Cal., for petitioner.

Messrs. O. P. Hubbard and Henry Roden, both of Juneau, Alaska, of counsel.

Mr. Chapin Brown, of Washington, D. C., for petitioner.

Mr. Robert P. Stewart, Asst. Atty. Gen., and William C. Herron, of Washington, D. C., for the United States.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.